JAMES P. KEMP, ESQ.
Nevada Bar No: 6375
VICTORIA L. NEAL, ESQ.
Nevada Bar No.: 13382
KEMP & KEMP
7435 W. Azure Drive, Ste 110
Las Vegas, NV 89130
702-258-1183 ph./702-258-6983 fax
jp@kemp-attorneys.com
vneal@kemp-attorneys.com

*Attorneys for Plaintiff*
*Brenda Osseweijer*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
***

| | |
|---|---|
| BRENDA OSSEWEIJER, | Case No.: 2:18-cv-01699-MMD-NJK |
| Plaintiff, | |
| vs. | **STIPULATION FOR DEFENDANT TO FILE ANSWER OUT TIME[1] AND CONSENT FOR PLAINTIFF TO AMEND COMPLAINT** |
| NATIONAL SECURITY TECHNOLOGIES, LLC, a Delaware Limited Liability Company; and, DOES I-X; and ROE CORPORATIONS 1-X, Inclusive, | |
| | **[FIRST REQUEST]** |
| Defendant. | |

Plaintiff BRENDA OSSEWEIJER (hereinafter "Plaintiff") by and through her counsel of record, Kemp & Kemp, and Defendant NATIONAL SECURITY TECHNOLOGIES, LLC (hereinafter "Defendant"), by and through its counsel of record, Jackson Lewis P.C., hereby stipulates, subject to the Court's approval, as follows:

1. Pursuant to Federal Rule of Civil Procedure 15, Defendant consents that Plaintiff may amend her Complaint to add a claim removed in the Nevada state court case due to an administrative proceeding still in progress regarding the claim;

---

[1] The parties originally stipulated to the requested extensions on September 7, 2018, *before* Defendant's time to answer had expired, but due to a clerical error it was not filed until this date.

1

2. Plaintiff will file her Second Amended Complaint no later than September 21, 2018; and,

3. Defendant shall have seven (7) days from the filing of Plaintiff's Second Amended Complaint in which to file an answer or otherwise respond.

Dated: September 13, 2018

Respectfully submitted,

/s/ Victoria L. Neal
JAMES P. KEMP, ESQ.
Nevada Bar No. 6375
VICTORIA L. NEAL, ESQ.
Nevada Bar No. 13382
KEMP & KEMP

Attorneys for Plaintiff
BRENDA OSSEWEIJER

Dated: September 13, 2018

Respectfully submitted,

/s/ Phillip C. Thompson
DEVERIE J. CHRISTENSEN, ESQ.
Nevada Bar No. 6596
PHILLIP C. THOMPSON, ESQ.
Nevada Bar No. 12114
JACKSON LEWIS, P.C.

Attorneys for Defendant
NATIONAL SECURITY TECHNOLOGIES, LLC

**IT IS SO ORDERED.**

Dated: September 14, 2018.

_____
United States Magistrate Judge

2