UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| BRENDA OSSEWEIJER, | Case No. 2:18-cv-01699-MMD-NJK |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| NATIONAL SECURITY TECHNOLOGIES, LLC, | |
| Defendant. | |

Based on the scheduling needs of the court,

**IT IS ORDERED** that:

1. The ENE Conference currently scheduled for 9:30 a.m. December 19, 2018, is **VACATED** and **CONTINUED** to **9:30 a.m. January 11, 2019 in Chambers, Room 3071.**

2. The confidential ENE statements shall be due no later than **4:00 p.m. January 4, 2019**.

DATED this 13th day of December, 2018.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE