Deverie J. Christensen
Nevada State Bar No. 6596
Phillip C. Thompson
Nevada State Bar No. 12114
**JACKSON LEWIS P.C.**
3800 Howard Hughes Pkwy, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Email: deverie.christensen@jacksonlewis.com
Email: phillip.thompson@jacksonlewis.com

*Attorneys for Defendant*
*National Security Technologies, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRENDA OSSEWEIJER, | Case No. 2:18-cv-01699-MMD-NJK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| NATIONAL SECURITY TECHNOLOGIES, LLC, a Delaware Limited Liability Company; and, DOES I-X; and ROE CORPORATIONS I-X, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties and respective

///
///
///
///
///
///

counsel, that the above-entitled case be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Dated this 14th day of February, 2019.

KEMP & KEMP

_____
James P. Kemp, Bar #6375
Victoria L. Neal, Bar #13382
7435 West Azure Drive, Suite 110
Las Vegas, Nevada 89130

*Attorneys for Plaintiff*
*Brenda Osseweijer*

JACKSON LEWIS P.C.

_____
Deverie J. Christensen, Bar #6596
Phillip C. Thompson, Bar #12114
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169

*Attorneys for Defendant*
*National Security Technologies, LLC*

**IT IS SO ORDERED.**

Dated this 19th day of February, 2019, ~~2018~~.

_____
~~MAGISTRATE~~/JUDGE

4812-7575-9496, v. 1